UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :

MUSTAFA B. SALI

                                            : Chapter 13

        Debtor(s)                           : Bankruptcy No. 19-12064JKF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 21, 2019**

_____
Jean K. FitzSimon,
U.S. Bankruptcy Judge